al.; and *Peter Keber* for the Peoria & Eastern Railway Co., respondents.

No. 605. ANDEREGG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert Lewis Young* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 634. DOLL *v.* MEYER. Supreme Court of Louisiana. Certiorari denied. *Delvaille H. Theard* for petitioner.

No. 638. CHESAPEAKE & OHIO RAILWAY Co. *v.* MORRIS. C. A. 7th Cir. Certiorari denied. *Albert H. Cole* for petitioner. *H. K. Cuthbertson* for respondent.

No. 642. PHILLIPS ET AL. *v.* SAUNDERS ET AL. Court of Appeals of Maryland. Certiorari denied. *Wilson K. Barnes* for petitioners. *Charles H. Houston* for respondents.

No. 647. MOMAND *v.* UNIVERSAL FILM EXCHANGES, INC. ET AL. C. A. 1st Cir. Certiorari denied. *George S. Ryan* for petitioner. *Jacob J. Kaplan* for respondents.

No. 651. MARYLAND CASUALTY Co. *v.* TOUPS ET AL. C. A. 5th Cir. Certiorari denied. *Roszel C. Thomsen* for petitioner. *Quentin Keith* for respondents.

No. 657. NEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *E. Chas. Eichenbaum* for petitioner. *Solicitor General Perlman, Assistant Attorney General*

*Caudle, Ellis N. Slack* and *S. Walter Shine* for the United States.

No. 660. SPANEL *v.* BERKMAN ET AL. C. A. 7th Cir. Certiorari denied. *Max Swiren* for petitioner. *Francis L. Daily* for respondents.

No. 666. BROOKLYN & RICHMOND FERRY CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *A. Chauncey Newlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.

No. 684. WOLFE ET AL. *v.* PHILLIPS ET AL. C. A. 10th Cir. Certiorari denied. *James W. Bounds* for petitioners. *Jack T. Conn* for respondents.

No. 598. HENRY *v.* HODGES, COMMANDING GENERAL. C. A. 2d Cir. Smith substituted for Hodges as the party respondent herein. Certiorari denied. *Robert N. Gorman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan.*

No. 607. BECKER *v.* WEBSTER, COMMANDING OFFICER. C. A. 2d Cir. Certiorari denied. *Edward A. Lipton* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 646. CRAWFORD *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.